# United States District Court

DISTRICT OF MASSACHUSETTS

TOBY AMES

V.

STAR REALTY TRUST, AUGUSTUS CIULLA AND ROSE CIULLA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10780 MEL

TO: (Name and address of defendant)

> Augustus Ciulla
> 27-29 Harbor Loop
> Gloucester, MA 01930

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> David F. Anderson
> Latti & Anderson LLP
> 30-31 Union Wharf
> Boston, MA 02109
> (617) 523-1000

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE

APR 16 2004

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

April 30, 2004

I hereby certify and return that on 4/29/2004 at 11:00 am I served a true and attested copy of the summons and complaint and demand for jury trial in this action in the following manner: To wit, by leaving at the last and usual place of abode of Augustus Ciulla, 27-29 Harbor Loop, Gloucester, MA, and by mailing 1st class to the above address on 4/30/2004. Basic Service Fee ($20.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $33.00. Left with Jarvis, Bookeeper.

Deputy Sheriff John Pace

_John Pace_
Deputy Sheriff

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.