UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10780-MEL

TOBY AMES,
   Plaintiff,

v.

STAR REALTY TRUST, AUGUSTUS CIULLA
and ROSE CIULLA,
   Defendants.

**JURY TRIAL DEMANDED**

## JOINT STATEMENT OF PROPOSED PRETRIAL SCHEDULE

NOW COME the parties in the above captioned matter and respectfully submit the following joint proposed pretrial schedule:

**I.**    **Joint Discovery Plan**

| Proposed Deadline | Item |
| --- | --- |
| 8/6/04 | Automatic Disclosures exchanged per Rule 26(a) |
| 11/15/04 | Service of written expert witness disclosures |
| 12/15/04 | Service of responsive written expert witness disclosures |
| 2/15/05 | All discovery completed. The parties reserve the right to take de bene esse depositions of witnesses whi will be unavailable for trial, at any time up to and including the last Friday preceding trial |
| 4/1/05 | Pre-Trial Conference |
| 5/1/05 | Trial |

II.   **Proposed Schedule for Filing of Motions**

<u>Proposed Deadline</u>          <u>Item</u>

3/1/05                           Dispositive Motions Filed

III.  **Certifications**

Certification pursuant to Local Rule 16.1 (D)(3)(a) and (b) will be filed separately.

                                            Respectfully Submitted,

                                            STAR REALTY TRUST ET AL
                                            BY THEIR ATTORNEYS
                                            COGAVIN AND WAYSTACK

7/6/04
Date

/s/ Mark A. Darling
Mark A. Darling, B.B.O. #: 551285
Kathleen M. Hansberry, B.B.O. #: 655830
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340


Respectfully Submitted,

TOBY AMES
BY HIS ATTORNEYS
LATTI ASSOCIATES

7/6/04
Date

/s/ David F. Anderson
David F. Anderson, B.B.O. #: 551285
30-31 Union Wharf
Boston, Massachusetts 02109
(617) 523-1000