UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10780-MEL

TOBY AMES,
  Plaintiff,

v.

STAR REALTY TRUST, AUGUSTUS CIULLA
and ROSE CIULLA,
  Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)(a) AND (b) OF DEFENDANTS, STAR REALTY TRUST, AUGUSTUS CIULLA and ROSE CIULLA

Defendants Star Realty Trust, Augustus Ciulla and Rose Ciulla, and their counsel, Cogavin and Waystack, hereby certify and affirm that they have conferred:

A. with a view of establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and

B. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

DEFENDANTS

_____
By, Augustus Ciulla
Individually and as Trustee

_____
By, Rose Ciulla
Individually and as Trustee

COGAVIN AND WAYSTACK

_____
By, Mark A. Darling
Trial Counsel