

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DOCKET NO. 04-10780-MEL

| |
|---|
| TOBY AMES,<br>Plaintiff,<br><br>v.<br><br>STAR REALTY TRUST, AUGUSTUS CIULLA and ROSE CIULLA,<br>Defendants. |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as counsel for the defendant, Star Realty Trust et al, in the above the above-entitled matter.

Respectfully Submitted,

STAR REALTY TRUST ET AL
BY THEIR ATTORNEYS
COGAVIN AND WAYSTACK

5/17/05
Date

Thomas M. Franco
B.B.O. #: 550596
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

CERTIFICATE OF SERVICE

I, Thomas M. Franco, hereby certify that on May 27, 2005, I served the within document by first class mail, postage prepaid, to the following:

David F. Anderson, Esquire
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

Thomas M. Franco