Docket No. 04-10780-MEL

TOBY AMES,
  Plaintiff,

v.

STAR REALTY TRUST, AUGUSTUS
CIULLA and ROSE CIULLA,
  Defendants.

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my withdrawal as counsel for the defendant, Star Realty Trust et al, in the above the above-entitled matter.

Respectfully Submitted,

STAR REALTY TRUST ET AL
BY THEIR ATTORNEYS
COGAVIN AND WAYSTACK

5/26/05
Date

Mark A. Darling
B.B.O. #: 551285
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

## CERTIFICATE OF SERVICE

    I, Mark A. Darling, hereby certify that on May 26, 2005, I served the within document by first class mail, postage prepaid, to the following:

David F. Anderson, Esquire
Latti & Anderson, LLP
30-31 Union Warf
Boston, MA 02109

_____
Mark A. Darling