UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10780-MEL

TOBY AMES,
  Plaintiff,

v.

STAR REALTY TRUST, AUGUSTUS CIULLA
and ROSE CIULLA,
  Defendants.

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please be advised that as of August 8, 2005, the new address for the attorney for the defendants, Star Realty Trust, Augustus Ciulla and Rose Ciulla, is as follows:

Thomas M. Franco, Esquire
Cogavin and Waystack
One Center Plaza, Suite 310
Boston, MA 02108
Tel. (617) 742-3340
Fax (617) 723-7563

                                    Respectfully Submitted,

                                    STAR REALTY TRUST, AUGUSTUS CIULLA AND ROSE
                                    CIULLA
                                    BY THEIR ATTORNEYS
                                    COGAVIN AND WAYSTACK

8/16/05
Date
                                    _____
                                    Thomas M. Franco, B.B.O. #: 550596
                                    One Center Plaza
                                    Boston, Massachusetts 02108
                                    (617) 742-3340

## CERTIFICATE OF SERVICE

    I, Thomas M. Franco, hereby certify that on August 16, 2005, I served the within document by first class mail, postage prepaid, to the following:

David F. Anderson, Esquire
Latti & Anderson
30-31 Union Wharf
Boston, MA 02109

_____
Thomas M. Franco