UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10780-MEL

| TOBY AMES,<br>  Plaintiff,<br><br>v.<br><br>STAR REALTY TRUST, AUGUSTUS CIULLA<br>and ROSE CIULLA,<br>  Defendants. |
|---|

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance for THE DEFENDANTS, STAR REALTY TRUST, AUGUSTUS CIULLA AND ROSE CIULLA. The appearance of successor counsel is being filed herewith.

Respectfully Submitted,

STAR REALTY TRUST, AUGUSTUS CIULLA
AND ROSE CIULLA
BY THEIR ATTORNEYS
COGAVIN AND WAYSTACK

1/12/06
Date

Thomas M. Franco
B.B.O. #: 550596
One Center Plaza
Boston, Massachusetts 02108
(617) 742-3340