UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10780-MEL

TOBY AMES,
  Plaintiff,

v.

STAR REALTY TRUST, AUGUSTUS CIULLA
and ROSE CIULLA,
  Defendants.

### NOTICE OF APPEARANCE

    Please enter our appearance for the defendants, Star Realty Trust, Augustus Ciulla and Rose Ciulla.

Respectfully Submitted,

STAR REALTY TRUST, AUGUSTUS CIULLA
AND ROSE CIULLA
BY THEIR ATTORNEYS
COGAVIN AND WAYSTACK

1/12/06
Date

Roger J. Donahue, Jr.
B.B.O. #: 129100
One Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

CERTIFICATE OF SERVICE

    I, Roger J. Donahue, Jr., hereby certify that on January 12, 2006 I served the within document by first class mail, postage prepaid, to the following:

David F. Anderson, Esquire
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

                                                   Roger J. Donahue, Jr.