UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOBY AMES | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-10780-MEL |
| v. | ) | |
| | ) | |
| STAR REALTY TRUST, et al | ) | |
| Defendant | ) | |

## ORDER OF REASSIGMENT

LASKER, S.D.J.

    I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated   August 13, 2007                                    /s/ George H. Howarth
Boston, Massachusetts                                           Deputy Clerk